IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACK P. BRANDON, JAMES C. FRANKLIN, JR., SAMUEL W. HART, ROBERT P. KENNEY, LARRY V. MOORE, SR., DOUGLAS SMALL, and ROBERT G. STOKES, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:13 cv-578-WKW ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for COLONIAL BANK, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the court's previous order realigning the parties (Doc. # 38), it is ORDERED that Defendant FDIC-R's motion for judgment on the pleadings (Doc. # 32) is DENIED as MOOT.

DONE this 28th day of February, 2014.

                                                      /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE